**No. 45253.**—Protest 17323–K of Eastern Grocery Co. (Los Angeles).

Opinion by EVANS, J.   It was stipulated that certain lotus nuts and lily bulbs are similar to the merchandise passed upon in *Oy Wo Tong Co.* v. *United States*

521

(C. D. 372). The claim for free entry under paragraph 1669 was therefore sustained.

Opinion by EVANS, J. It was stipulated that certain yuen yuk is similar to the merchandise passed upon in *Oy Wo Tong Co.* v. *United States* (C. D. 372). The claim for free entry under paragraph 1669 was therefore sustained.